UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JERROD E. ROBERTSON,

    Plaintiff,

v.　　　　　　　　　　　　　　　　CASE NO. 3:23-cv-1316-HES-PDB

GENUINE PARTS COMPANY,
d/b/a NAPA AUTO PARTS,

    Defendant.
_____/

**O R D E R**

This matter is before this Court on "Notice of Voluntary Dismissal Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(i)" (Dkt. 7).

Accordingly, it is **ORDERED**:

1. Based on to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., "Notice of Voluntary Dismissal Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(i)" (Dkt. 7) is **GRANTED**, and this action is dismissed without prejudice; and

2. The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of December 2023.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Zandro E. Palma, Esq.